O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| PATRIOT ENVIRONMENTAL SERVICES, INC.; WORLDLINK VENTURES, INC.; CARY MEADOW; and JEFFER MANGELS BUTLER & MITCHELL, LLP,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CAPPELLO CAPITAL CORP.,<br><br>　　　　　Defendant. | Case № 2:16-cv-02612-ODW (AGR)<br><br>**ORDER ON DEFENDANT'S MOTION TO DISMISS [15]** |

On June 7, 2016, the Honorable Alicia G. Rosenberg submitted a Report and Recommendation, which recommended that the Court dismiss this matter without prejudice for lack of subject matter jurisdiction. (ECF No. 30.) On June 27, 2016, this Court adopted Judge Rosenberg's recommendation. (ECF No. 33.) As a result, Defendant Cappello Capital Corp.'s Motion to Dismiss is **DENIED AS MOOT**. (ECF No. 15.) The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 27, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**