UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT ENVIRONMENTAL SERVICES, INC., a California corporation, WORLDLINK VENTURES, INC., a Delaware corporation, JEFFER MANGELS BUTLER & MITCHELL LLP, a California limited liability partnership, and CARY MEADOW, an individual,<br><br>Petitioners,<br><br>v.<br><br>CAPPELLO CAPITAL CORP., California corporation,<br><br>Respondent. | NO. CV 16-2612-ODW (AGRx)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that this case is dismissed without prejudice for lack of jurisdiction.  The motion to dismiss the petition for lack of jurisdiction is granted.

DATED: _June 27, 2016_____

_____
OTIS D. WRIGHT II
United States District Judge